**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 26-cr-248** |
| | : | |
| **TIMOTHY BLUE** | : | |
| | : | |

**ORDER**

**AND NOW** this ______________ day of ______________________, 2026, upon consideration of the Defendant's Unopposed Motion for Continuance of Evidentiary Hearing and Trial Date it is hereby **ORDERED** that the Motion is **GRANTED.**

The Court finds that defense counsel, who was very recently appointed in this matter, needs additional time to obtain and review discovery, conduct investigation, to prepare for trial, and to explore the possibility of a non-trial disposition. Therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

The evidentiary hearing on the pending motion to suppress is continued to ____________________.

Trial in this matter shall begin on _________________.

**BY THE COURT:**

__________________________
**JUAN R. SÁNCHEZ, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CASE NO. 26-cr-248** |
| | : | |
| **TIMOTHY BLUE** | : | |
| | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**CONTINUANCE OF EVIDENTIARY HEARING AND TRIAL**

Defendant Timothy Blue, through counsel, respectfully moves the Court for a continuance of the currently scheduled evidentiary hearing and trial date and, in support thereof, states:

1. On or about March 26, 2026, Defendant Timothy Blue was charged with one count of possession with intent to distribute controlled substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), (b)(1)(D); one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1); and one count of possession of a firearm by a felon, in violation of 18 U.S.C. § 922(g).

2. On or about April 6, 2026, Mr. Blue had his initial appearance and was appointed counsel from the Federal Community Defender Office of the Eastern District of Pennsylvania.

3. On or about April 9, 2026, the government's motion for pretrial detention was granted. On that same date, Mr. Blue entered a plea of not guilty to the charges.

4. Counsel from the Federal Community Defender Office filed a motion to suppress on August 4, 2026. An evidentiary hearing on that motion is currently scheduled for September 22, 2026.

5. The trial in this matter is currently scheduled for November 2, 2026.

6. On September 17, 2026, the Federal Community Defender Office moved to withdraw as counsel due to a conflict of interest.

7. On September 18, 2026, the Court granted that motion and appointed undersigned counsel under the Criminal Justice Act.

8. As she has just been appointed and still needs to meet with her client, obtain and review discovery, conduct any necessary investigation, research the possibility of any pretrial motions, and explore any potential non-trial disposition, undersigned counsel respectfully requests a continuance of both the currently scheduled evidentiary hearing date and the trial date.

9. Under the Speedy Trial Rule, 18 U.S.C. §§ 3161(h)(7)(A), (B) and (C), the period of delay resulting from a continuance is excludable where granting the continuance serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. Defense counsel agrees that all time until the next trial date would be excludable if the Court grants the instant motion.

10. Failure to grant this request for a continuance would result in a miscarriage of justice under 18 U.S.C. § 3161(h)(7)(B)(i).

11. Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent this defendant in this matter.

12. Counsel for the government, AUSA Ebony Wortham, advises that she has no objection to this continuance request.

WHEREFORE, for the reasons stated above, Defendant Timothy Blue respectfully requests that the evidentiary hearing and trial be continued for approximately 90 days from the currently scheduled dates.

Respectfully submitted,

DATE: 9/21/2026

*/s/ Susan M. Lin*
Susan M. Lin
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN
The Cast Iron Building
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
(215) 925-5365 (fax)

*Counsel for Timothy Blue*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, the foregoing Defendant's Unopposed Motion for Continuance of Evidentiary Hearing and Trial Date was filed via the Court's CM/ECF system, is available for viewing and downloading, and, as such, was served upon the below counsel:

Ebony Wortham, Esq.
Assistant U.S. Attorney
Ebony.Wortham@usdog.gov

*/s/ Susan M. Lin*
Susan M. Lin